

# Fourth Court of Appeals
## San Antonio, Texas

May 27, 2021

No. 04-21-00158-CV

Amanda **WOOD** and Christopher Wood, Jr.,
Appellants

v.

Katrina **FULLER**, Family Endeavors, Inc.,
Appellees

From the 37th Judicial District Court, Bexar County, Texas
Trial Court No. 2021CI05542
Honorable Cathleen M. Stryker, Judge Presiding

# O R D E R

The trial court clerk has filed a notification of late record, stating that appellants have failed to pay or make arrangements to pay the fee for preparing the clerk's record and that appellants are not entitled to preparation of the clerk's record without paying the fee.

We, therefore, ORDER appellants to provide written proof to this court on or before **June 11, 2021**, that either (1) the clerk's fee has been paid or arrangements have been made to pay the clerk's fee; or (2) appellants are entitled to appeal without paying the clerk's fee. If appellants fail to respond within the time provided, this appeal will be dismissed for want of prosecution. *See* TEX. R. APP. P. 37.3(b); *see also* TEX. R. APP. P. 42.3(c) (allowing dismissal of appeal if appellant fails to comply with an order of this court).

_____
Irene Rios, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 27th day of May, 2021.

_____
MICHAEL A. CRUZ, Clerk of Court